IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,                         CIV. S-06-1405 DFL DAD

    Plaintiff,

  v.                                   ORDER RE DISPOSITION AFTER
                                       NOTIFICATION OF SETTLEMENT
ALHAMBRA ENTERPRISES DBA
LA FAVORITA TAQUERIA, et al.,

    Defendants.
_____/

    The court has been advised by plaintiff's attorney, Mark Emmett, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than September 26, 2006, and

//

//

1

2.  That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated: 9/6/2006

*(signature)*
DAVID F. LEVI
United States District Judge