1  MARK EMMETT, SBN 182053
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV. S-06-01405-DFL-DAD |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| ALHAMBRA ENTERPRISES dba LA FAVORITA TAQUERIA; JIN Y. LEE; S. JUNG LEE, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, TONY MARTINEZ, and defendants, ALHAMBRA ENTERPRISES dba LA FAVORITA TAQUERIA; JIN Y. LEE; S. JUNG LEE, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 25, 2006         DISABLED ADVOCACY GROUP, APLC

/s/ Mark Emmett, Esquire
MARK EMMETT
Attorney for Plaintiff

Dated: September 25, 2006         MBV LAW, LLP

/s/ Peter Ryan, Esquire
PETER RYAN
Attorney for Defendant Alhambra Enterprises

Dated: September 15, 2006         TRAINOR ROBERTSON

/s/ Daniel Steinberg, Esquire
DANIEL STEINBERG
Attorney for Defendants Jin Y. Lee and S. Jung Lee

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01405-DFL-DAD, is hereby dismissed with prejudice.

Dated: September 28, 2006         /s/ David F. Levi
United States District Court Judge